**SOED**
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
6385 S. Rainbow Blvd., Suite 510
Las Vegas, NV 89118
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendants*

MESSNER REEVES LLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLEVON HICKS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SMITH, individually; LANDSTAR INWAY, INC., a foreign corporation; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO: 2:26-cv-02459-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff CLEVON HICKS ("Plaintiff"), by and through his counsel of record DIMOPOULOS INJURY LAW, and Defendants CHRISTOPHER SMITH and LANDSTAR INWAY, INC. ("Defendants"), by and through their counsel of record, MESSNER REEVES, LLP, pursuant to Federal Rules of Civil Procedure 16(b)(4) and Local Rule 26-3, that the discovery deadlines be extended as follows:

**A. Statement of Relevant Facts**

On June 5, 2025, the Parties were involved in a motor vehicle incident on Rancho Road in Las Vegas, Clark County, Nevada. Plaintiff filed his Complaint on July 30, 2026, the Eighth Judicial District Court for Clark Couty, Nevada, and his First Amended Complaint on August 1, 2026. On August 11, 2026, Defendants filed a Notice of Removal (Doc. 1) to remove the matter to the U.S. District Court for the District of Nevada. On September 17, 2026, the parties submitted their

Discovery Plan and Scheduling Order (Doc. 9) requesting 180 days, through February 10, 2027, to complete discovery. The parties now seek an additional sixty (60) days to conduct discovery.

Pursuant to the Discovery Plan and Scheduling Order, the deadline for initial expert witness disclosures is December 11, 2026, the discovery cut-off date is February 10, 2027, dispositive motions must be filed by March 12, 2027, and the deadline for filing the Joint Pre-Trial Order is April 12, 2027. Since submitting the Discovery Plan and Scheduling Order, the parties have been diligently conducting written discovery and fact gathering but require more time to complete this process.

**B. Discovery Completed**

The following discovery has been conducted by the parties to date:

1. Plaintiff served his Initial Disclosures on September 22, 2022; his First Supplemental Disclosures on October 8, 2026, his Second Supplemental Disclosures on October 12, 2026, and Third Supplemental Disclosures on October 29, 2026.
2. Defendants served their Initial Disclosures on October 26, 2026.
3. Defendants served their First Set of Interrogatories and Requests for Production to Plaintiff on September 15, 2026. Plaintiff responded to the Interrogatories on October 9, 2026, and to the Requests for Production of Documents on October 12, 2026.
4. Plaintiff served his First Set of Requests for Production and Requests for Admission to Defendants on September 9, 2026. Defendants responded to Plaintiff's Requests for Admission on October 12, 2026, and Defendant Landstar responded to the Requests for Production on October 26, 2026.
5. Defendants served a Subpoena to the Nevada Highway Parol on or about September 16, 2026, and have received some responsive documents and information.

**C. Discovery that Remains to be Completed**

The parties believe that the following discovery needs to be completed:

1. Plaintiff's deposition, tentatively scheduled for December 9, 2026;
2. Deposition of Defendant Christopher Smith;
3. Ongoing requests for Plaintiff's pre- and post-accident medical records;

MESSNER REEVES LLP

MESSNER REEVES LLP

4. Additional Subpoena to the Nevada Highway Patrol for body-worn camera footage related to the subject incident;
5. Disclosure of initial and rebuttal experts; and
6. Depositions of the parties' retained experts and/or Plaintiff's primary treating providers.

This list is not considered exhaustive by the parties, and each anticipate that they will need to conduct other forms of discovery not specifically delineated herein as necessary and relevant.

**D. Statement Supporting Necessity of Extension of All Dates**

The parties have been diligent in litigating this matter to date; however, the parties need additional time to obtain additional information and records pertaining to the subject accident and Plaintiff's alleged injuries and damages. Defendants subpoenaed, and received, the Traffic Crash Report and related documentation from the Nevada Highway Patrol. Defendants are now in the process of requesting body-worn camera footage from the Nevada Highway Patrol, which must be obtained via a separate subpoena. Defendants also continue to obtain medical records of Plaintiff, which are necessary to identify expert witnesses and for those experts to formulate their opinions and prepare reports. The parties have also agreed to participate in a private mediation on January 8, 2027. This extension will allow the parties to discuss settlement and potentially resolve this case prior to expending resources on the disclosure of expert witnesses. The above reasons constitute good cause for the requested extension. Based on the foregoing, the parties are requesting a sixty (60) day extension of all discovery deadlines.

**E. Proposed Discovery Schedule**

With a sixty (60) day discovery extension, the new discovery cut-off date will be **Monday, April 12, 2027.** All parties anticipate timely completion of discovery at that time. The schedule for discovery will follow the pattern as set forth in LR 26-1.

The parties agree that the deadline for amendment of the pleadings and adding parties was November 12, 2026. That deadline will not be extended.

. . .

. . .

MESSNER REEVES LLP

Fed. R. Civ. Proc. 26(a)(2) Disclosure of Experts: The initial disclosure of experts and expert reports shall occur on **Tuesday, February 9, 2027,** which is sixty (60) days before the proposed discovery cut-off date. The disclosure of rebuttal experts and their reports shall occur on **Friday, March 12, 2027,** which is thirty (30) days before the proposed discovery cut-off date.

Dispositive Motions: Dispositive motions will be made no later than **Tuesday, May 11, 2027,** which does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR 26-1(e)(4) presumptively sets for filing dispositive motions.

Pretrial Order: The Joint Pretrial Order shall be filed by **Monday, June 14, 2027,** which is no later than thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decisions on the dispositive motions or by further order of the Court.

This is the parties' first request for an extension of the discovery deadlines.

**IT IS SO STIPULATED.**

DATED this 16th day of November 2026.

**MESSNER REEVES LLP**

*/s/ Karie N. Wilson*

______________________________

Karie N. Wilson, Esq.
Nevada Bar No. 7957
Ashley E. Walters, Esq.
Nevada Bar No. 16338
6385 S. Rainbow Blvd., Suite 510
Las Vegas, NV 89118
*Attorneys for Defendants*

DATED this 16th day of November 2026.

**DIMOPOULOS INJURY LAW**

*/s/ Paul A. Shpirt*

______________________________

Steve Dimopoulos, Esq.
Nevada Bar No. 12729
Paul A. Shpirt, Esq.
Nevada Bar No. 10441
400 S. 7th Street
Las Vegas, NV 89101
ps@stevedimopoulos.com
*Attorneys for Plaintiff*

**ORDER**

IT IS ORDERED that the parties' request to extend discovery and modify the pretrial schedule by sixty (60) days is hereby GRANTED and the discovery schedule is modified as set forth herein.

______________________________
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

Dated: November 18, 2026

*Respectfully submitted by:*

MESSNER REEVES LLP

*/s/ Karie N. Wilson*
______________________________

Karie N. Wilson, Esq.
Nevada Bar No. 7957
Ashley E. Walters, Esq.
Nevada Bar No. 16338
6385 S. Rainbow Blvd., Suite 510
Las Vegas, NV 89118
*Attorneys for Defendants*

MESSNER REEVES LLP